## METAL TREATING CORP. v. REALTY CO.

No. 81 PC.

Case below: 30 N.C. App. 620.

Petition by defendants for discretionary review under G.S. 7A-31 denied 7 December 1976.

## MORTGAGE CORP. v. COBLE, SEC. OF REVENUE

No. 106 PC.

Case below: 31 N.C. App. 243.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 7 December 1976.

## STAFFORD v. FOOD WORLD

No. 95 PC.

Case below: 31 N.C. App. 213.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 7 December 1976.

## STATE v. ANDERSON

No. 99 PC.

Case below: 31 N.C. App. 113.

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 December 1976. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 7 December 1976.

## STATE v. CAMPBELL

No. 73 PC.

Case below: 30 N.C. App. 652.

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 December 1976. Motion of Attorney General to dismiss appeal for lack of. substantial constitutional question allowed 7 December 1976.